UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00106-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **KIZZY KALU;** and
2. PHILIP LANGERMAN,

      Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material To Defendant (Motion) **(#19)** filed March 13, 2012, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F). Having reviewed the Mmotion and being otherwise advised in the bases, the Court FINDS that good and sufficient cause supports the same.

**IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**, and that grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in

the course of discovery in this case. It is

**FURTHER ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 13th day of March, 2012.

                              **BY THE COURT:**

Marcia S. Krieger
United States District Judge