IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.12-cr-00106-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KIZZY KALU
2.    **PHILIP LANGERMAN,**

    Defendant.

___

**ORDER QUASHING ARREST WARRANT [docket 3] FOR
PHILIP LANGERMAN**

___

The Court, having been advised, hereby ORDERS the Arrest Warrant [docket 3] which was issued by the Clerk of the Court for the arrest of Philip Langerman is hereby quashed and vacated this _2nd_ day of May, 2012.

    BY THE COURT:

    _____
    ~~Marcia S. Krieger~~
    ~~United States District Court Judge~~
    *KATHLEEN M. TAFOYA*
    *US Magistrate Judge*