IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: October 2, 2012 |
| Court Reporter: | Terri Lindblom | |

Criminal Action No. 12-cr-00106-MSK

*Parties*:  *Counsel Appearing:*

UNITED STATES OF AMERICA,  Robert Brown
  Lillian Alves
      Plaintiff,

v.

KIZZY KALU,  Peter Menges

      Defendant.

## COURTROOM MINUTES

HEARING:     Evidentiary

**9:33 a.m.**     **Court in session.**

Defendant present in custody.

The Court addresses defendant's Motion for Reconsideration (**Doc. #83**).

Offer of proof by defense counsel.

Argument.

**ORDER:**     Defendant's Motion for Reconsideration (**Doc. #83**) is **GRANTED** with the standard conditions imposed for release plus special conditions of the posting of a $100,000 cash or security bond, an accepted renunciation of Nigerian citizenship or statement by the Nigerian government that no passport or Visa will be issued

during the pendency of this case, Probation Department supervised GPS monitoring, home detention with two exceptions, and no formation, use or participation in any entities, including corporations, joint ventures, partnerships, et cetera, during the course of this case. Defendant will submit the information and/or documentation necessary for release within five days and the Government will have five days to respond to that information and/or documentation to satisfy the special conditions of the bond.

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**10:26 a.m.** **Court in recess.**

**Total Time:** **53 minutes.**
**Hearing concluded.**